UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Kelley Voelker,

       Plaintiff(s),

 -against-

Deutsche Bank AG,

       Defendant(s).
--------------------------------------------------------X
STATE OF NEW YORK   )
                      S.S.:
COUNTY OF NEW YORK)

Index No. 11CIV6362

AFFIDAVIT OF SERVICE

    OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

    That on the 13th day of September, 2011, at approximately 11:30 am, deponent served a true copy of the Summons in a Civil Action and Complaint upon Deutsche Bank AG at 60 Wall Street, New York, New York, by personally delivering and leaving the same with Samantha Weinberg, Paralegal, who informed deponent that she is an agent authorized by appointment to receive service at that address.

    Samantha Weinberg is a white female, approximately 28 years of age, stands approximately 5 feet 4 inches tall, and weighs approximately 125 pounds with brown hair and brown eyes and glasses

_____
OTIS OSBORNE #870139


Sworn to before me this
14th day of September, 2011

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014