UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

Kelley Voelker

        Plaintiff,

Case No. 11 Civ. 6362 (PAC)

-against-

Deutsche Bank AG

        Defendant.
-----------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Cliff Fonstein**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____    My State Bar Number is 2642213

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sidley Austin LLP
                FIRM ADDRESS: 787 Seventh Avenue LLP, NY, NY 10019
                FIRM TELEPHONE NUMBER: 212-839-5300
                FIRM FAX NUMBER: 212-839-5599

NEW FIRM:    FIRM NAME: Seyfarth Shaw LLP
                FIRM ADDRESS: 620 Eighth Avenue, NY, NY 10018
                FIRM TELEPHONE NUMBER: 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
                FIRM FAX NUMBER: 212-218-5526

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: May 18, 2012

                                              /s/ Cliff Fonstein
                                              ATTORNEY'S SIGNATURE