UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

KELLEY VOELKER,                                                :     **ECF CASE**
                                                                             :
                        Plaintiff,        :     11-CIV-6362 (PAC)
                                                                             :
      - against -                                 :     **NOTICE OF APPEARANCE**
                                                                             :
DEUTSCHE BANK AG,                                    :
                                                                             :
                       Defendant.       :
------------------------------------------------x

      Please enter my appearance in the above-captioned action as counsel for Deutsche Bank Securities Inc., incorrectly sued as Deutsche Bank AG. I certify that I am one of the attorneys of record in this matter and am admitted to practice before this Court.

Dated: New York, New York
       June 27, 2012

                                                   Respectfully submitted,

                                                   SEYFARTH SHAW LLP

                                                   By: _____
                                                      Jeremi L. Chylinski

                                               620 Eighth Avenue, 31st Floor
                                               New York, NY  10018-1405
                                               (212) 218-5500

                                               Attorneys for Defendant
                                               Deutsche Bank Securities Inc.