```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-3-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Kelley Voelker,

                Plaintiff,

    v.

Deutsche Bank AG,

                Defendant.
-----------------------------------------------------------X

No. 11 Civ. 6362 (PAC)

**STIPULATION** + Order

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties herein, that:

    1.    All parties to this action consent to allow Plaintiff Kelley Voelker to amend her Amended Complaint by filing a Second Amended Complaint.

    2.    Defendant Deutsche Bank AG hereby agrees that it will not object to the filing of, assert any defenses in response to, or otherwise oppose Plaintiff's Second Amended Complaint on the basis that no charge has been filed with the Equal Opportunity Employment Commission with respect to the allegations relating to Defendant's decision to terminate Ms. Voelker's employment.

3. This Stipulation may be signed in counterparts with signatures by facsimile or electronic mail considered as originals.

Dated: September 11, 2012
      New York, New York

SEYFARTH SHAW
*Attorneys for Defendant Deutsche Bank AG*

By: _____ 9/12/12
Cliff Fonstein
Jeremi Chylinski
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

THOMPSON WIGDOR LLP
*Attorneys for Plaintiff Kelley Voelker*

By: _____
Douglas H. Wigdor
Lawrence M. Pearson
85 Fifth Avenue
New York, New York 10003
(212) 257-6800

SO ORDERED: 10/3/12

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE