

## Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

October 18, 2012

**VIA E-MAIL**

The Honorable Paul A. Crotty
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-22-12

Re:   Voelker v. Deutsche Bank, 11 CIV 6362 (PAC)

Dear Judge Crotty:

As you know, we represent Plaintiff Kelley Voelker in the above-referenced matter. Plaintiff writes to the Court following the Court's October 17, 2012 issuance of the Civil Case Management Plan and Scheduling Order ("CCMP"), which ordered that Defendant Deutsche Bank produce all electronically stored information (ESI) by November 1, 2012 (according to the Court's note on the third page of the Order, labeled as ¶13). However, we feel it necessary to briefly point out that, the Court "so ordered" Defendant's version of the CCMP, which creates a seeming inconsistency, as ¶6 of the CCMP contains a date of November 12, 2012 for production of ESI by Defendant. Furthermore, Defendant's version of the CCMP did not reflect the Court's directive of October 2, 2012 that Defendant produce all documents yielded by the electronic search terms by the mandated production deadline (i.e., November 1) if it is unable to complete its review of the ESI for responsiveness before that time. Plaintiff's version of the CCMP, which was attached to our letter to the Court of October 12, 2012, reflects both the November 1, 2012 production deadline as well as the directive concerning the scope of Defendant's production.

We regret the necessity of this additional communication, and are acting merely to avoid any misunderstanding or misconstrual of the Court's intent and Order. Please do not hesitate to contact us should the Court have any questions.

Respectfully Submitted,

Douglas H. Wigdor

cc: Cliff Fonstein (via email)