```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Kelley Voelker,

                      Plaintiff,

    v.

Deutsche Bank AG,

                      Defendant.
------------------------------------------------------------X

No. 11 Civ. 6362 (PAC)

**STIPULATION** + Order

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties herein, and in an effort to avoid further amendments to the Complaint in this action and/or the need for additional administrative or judicial intervention, that:

1. Plaintiff's Second Amended Complaint (ECF Dkt. No. 19) contains a claim against Defendant for retaliation under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§200e *et seq.*, which covers Plaintiff's termination in or around September 2012.

2. This stipulation supersedes any contrary language contained in Plaintiff's Second Amended Complaint and/or Defendant's Answer to the Second Amended Complaint (ECF Dkt. No. 20).

3. Defendants, as stated in the September 11, 2012 stipulation between the parties, which was So-Ordered by the Court on October 3, 2012, shall not raise a defense against Plaintiff's Title VII retaliation claims based upon any alleged failure to file an administrative charge with the EEOC.

4.  This Stipulation may be signed in counterparts with signatures by facsimile or electronic mail considered as originals.

Dated: November 12, 2012
       New York, New York

SEYFARTH SHAW
*Attorneys for Defendant Deutsche Bank AG*

By: _____
Cliff Fonstein
Jeremi Chylinski
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

THOMPSON WIGDOR LLP
*Attorneys for Plaintiff Kelley Voelker*

By: _____
Douglas H. Wigdor
Lawrence M. Pearson
85 Fifth Avenue
New York, New York 10003
(212) 257-6800

SO ORDERED: 11-15-12

_____
HON. PAUL A. CROTTY
**UNITED STATES DISTRICT JUDGE**

2



## Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Lawrence M. Pearson**
lpearson@thompsonwigdor.com

November 14, 2012

**VIA ELECTRONIC MAIL**

The Honorable Paul A. Crotty
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Voelker v. Deutsche Bank, 11 CIV 6362 (PAC)</u>

Dear Judge Crotty:

As you know, we represent Plaintiff Kelley Voelker ("Plaintiff") in the above captioned matter. We write on behalf of both parties to submit the attached stipulation, which we respectfully request be So-Ordered.

Please do not hesitate to contact us should the Court have any questions.

Respectfully Submitted,

*[signature]*

Lawrence M. Pearson


cc: Cliff Fonstein (via email)

Attachment