```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-19-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Kelley Voelker,

                Plaintiff,

        v.

Deutsche Bank AG,

                Defendant.
------------------------------------------------------------X

No. 11 Civ. 6362 (PAC)

**STIPULATION** + Order

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties herein, that:

1. Pursuant to the October 16, 2012 Civil Case Management Plan and Scheduling Order (ECF Dkt. No. 21), the current deadline for the parties to make any motions to amend the pleadings herein and/or to join any additional parties is November 16, 2012.

2. The parties desire and agree to an extension of the deadline for making motions to amend and/or join additional parties to November 30, 2012.

3. This Stipulation may be signed in counterparts with signatures by facsimile or electronic mail considered as originals.

Dated: November 15, 2012
       New York, New York

SEYFARTH SHAW
*Attorneys for Defendant Deutsche Bank AG*

By: _____
Cliff Fonstein
Jeremi Chylinski
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

THOMPSON WIGDOR LLP
*Attorneys for Plaintiff Kelley Voelker*

By: _____
Douglas H. Wigdor
Lawrence M. Pearson
85 Fifth Avenue
New York, New York 10003
(212) 257-6800

SO ORDERED: 11-19-12

_____
HON. PAUL A. CROTTY
**UNITED STATES DISTRICT JUDGE**



## Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Lawrence M. Pearson**
lpearson@thompsonwigdor.com

November 16, 2012

**VIA ELECTRONIC MAIL (CrottyNYSDChambers@nysd.uscourts.gov)**

The Honorable Paul A. Crotty
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Voelker v. Deutsche Bank, 11 CIV 6362 (PAC)</u>

Dear Judge Crotty:

As you know, we represent Plaintiff Kelley Voelker ("Plaintiff") in the above-captioned matter. We write on behalf of both parties to submit the attached stipulation. The parties are currently engaged in discussions in an attempt to resolve this matter without the need for further litigation. However, should these discussions prove unfruitful, Plaintiff may make a motion to amend the operative Complaint and/or join additional parties. As such, the parties wish, and have stipulated, subject to the Court's approval, to extend the deadline for making such motions for two weeks -- from November 16, 2012 (pursuant to the October 16, 2012 Civil Case Management Plan and Scheduling Order (ECF Dkt. No. 21)), to November 30, 2012. The parties respectfully request that the Court So-Order the attached stipulation.

Respectfully Submitted,

Lawrence M. Pearson


cc: Cliff Fonstein (via email)

Attachment